IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF<br>In the Matter of Erika Jordening - #184986<br>_____/ | No. C 14-80034 WHA<br><br>**ORDER OF SUSPENSION** |

    Because Erika Jordening has failed to respond to the order to show cause, Ms. Jordening's membership in the bar of this Court is hereby **SUSPENDED**.

    **IT IS SO ORDERED.**

Dated: April 14, 2014.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE